**No. 09-1379. Micaela Zacatelco Hijuilt and Jorge Rojas Cortez, Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 831, 131 S. Ct. 103, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6351.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-1381. Carolyn Mitchell, Petitioner v. Anchorage Police Department, et al.**

562 U.S. 831, 131 S. Ct. 103, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6226.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 413.

**No. 09-1383. Edward F. Fisher, Petitioner v. United States.**

562 U.S. 831, 131 S. Ct. 103, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6422.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-1384. Connie Watkins, et vir, Petitioners v. City of Paragould, Arkansas, et al.**

562 U.S. 831, 131 S. Ct. 103, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6620.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-1386. Maida Nussbaum, et vir, Petitioners v. Iser Koricki Miguelachuli, et al.**

562 U.S. 831, 131 S. Ct. 104, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6436.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied.

**No. 09-1387. Capitol House Preservation Company, L.L.C., Petitioner v. Perryman Consultants, Inc., et al.**

562 U.S. 831, 131 S. Ct. 104, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6155.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 47 So. 3d 408.

**No. 09-1389. Harber Corporation, et al., Petitioners v. United States.**

562 U.S. 831, 131 S. Ct. 104, 178 L. Ed. 2d 30, 2010 U.S. LEXIS 6430.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 354 Fed. Appx. 676.